FREEDMAN & LORRY, PC
BY: SUSAN A. MURRAY, ESQUIRE
(SM-7713)
1601 Market Street, Suite 1500
Philadelphia, PA 19103
(215) 931-2506
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| | : | No. 13-5982-RBK-AMD |
| Plaintiffs | : : | |
| v. | : : | |
| J.T. RILEY, INC. | : : | |
| Defendant | : | |

ORDER OF DEFAULT JUDGMENT

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiffs Teamsters Pension Trust Fund of Philadelphia and Vicinity ("Pension Fund" or "Fund") and William J. Einhorn, it appears to the Court that Defendant J.T. Riley, Inc. ("Defendant") was served with process on or about March 26, 2014 via substitute service and has inexcusably, knowingly and willfully failed to appear, plead or otherwise defend, and the default against said Defendant having been entered, it is ORDERED:

1. Judgment is hereby entered against the Defendant J.T. Riley, Inc. and in favor of Plaintiffs for the benefit of the Pension Fund in the amount of Seventy-Nine Thousand Four Hundred Ninety-Nine Dollars and Twenty-Seven Cents ($79,499.27) as itemized below:

(a) The Withdrawal Liability for withdrawal from the Pension Fund in the

amount of Sixty-Five Thousand, Seven Hundred Forty-Six Dollars and Ninety-Seven Cents ($65,746.97).

(b) Interest in the amount of Two Thousand One Hundred Forty-Nine Dollars and Ninety-One Cents ($2,149.91) through June 25, 2014. Interest will continue to accrue on the amount in Paragraph 1(a) at the rate established under 29 U.S.C. §§1451, 1132(g)(2)(B) and 26 U.S.C. §6621 from the due date for payment to the date of actual payment.

(c) Liquidated damages in the amount of Six Thousand Five Hundred Seventy-Four Dollars and Sixty-Nine Cents ($6,574.69) as provided by 29 U.S.C. §§1451, 1132(g)(2)(C).

(d) Attorneys' fees and costs incurred by the Pension Fund in this matter in the amount of Four Thousand Forty Dollars and No Cents ($4,040.00) in fees and Nine Hundred Eighty-Seven Dollars and Seventy Cents ($987.70) in costs incurred through June 25, 2014 as provided in 29 U.S.C. §§1451(b), 1132(g)(2)(D). The Pension Fund is awarded reimbursement of all additional attorneys' fees and costs incurred in the collection and enforcement of this judgment.

2. Grant such other or further relief, legal or equitable, as may be just, necessary or appropriate.

3. This Order and Judgment is enforceable, without duplication, by the Fund, or its agents.

BY THE COURT:

_____
**RICHARD B. KUGLER         J.**

July 21, 2014